

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Thomas L. Blanton, Jr.
County Attorney
Shackelford County
Albany, Texas

Dear Sir:                    Opinion No. 0-1799
                             Re: Woman county clerk who marries -
                                 name to be used in official
                                 capacity.

Your telegraphic request has been received and
carefully considered by this department. We quote from your
telegram as follows:

> "Please advise by telegram whether woman
> county clerk who marries should use her married
> name in official capacity, and method of show-
> ing change of record. Unable to find any law
> on subject."

Eligibility to office belongs equally to all per-
sons not excluded by the Constitution or statutes, and not
exclusively or specially to persons enjoying the right of
suffrage; and disability to hold office is not to be assumed
on any citizen except under authority given by law. 34 Texas
Jurisprudence, p. 341.

Section 16, Public Officers, 34 Texas Jurisprudence
p. 345, reads in part as follows:

> "Neither the Constitution nor the statutes
> appear to contain any general restrictions as
> to age or sex on the eligibility to hold office.
> In so far as the decisions have dealt with the
> matter it is held that a minor may hold the
> office of notary and that both minors and women
> may be deputy clerks, <u>and a woman's eligibility
> is not affected by the fact that she is married</u>."
> (Citing Dickson v. Strickland, 265 S. W. 1012,
> on the underscored statement in Texas Jurispru-
> dence.)

Honorable Thomas L. Blanton, Jr., Page 2

We have been unable to find any authorities directly in point on your question.

It is our opinion that the acts of the county clerk would be valid regardless of whether she signed with the name she had before marriage or whether she signed with her married name.

However, we think that the preferable way for her to sign would be to sign her married name and add thereto in parenthesis (nee _____ _____) giving her name before marriage. There is no provision of the law providing for the recordation of the change of such name.

Trusting that this satisfactorily answers your inquiry, we are

Very truly yours

ATTORNEY GENERAL OF TEXAS

By

Wm. J. Fanning
Assistant

WJF:CO

APPROVED AUG 29, 1942

Gerald C. Mann

ATTORNEY GENERAL OF TEXAS



APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN